## CORSO *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, EXECUTOR.

No. 652.—Decided March 7, 1960.

Appellant *pro se.*

*Henry F. Walker* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.